

# FELONY

**SEALED**  UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## SUPERSEDING INDICTMENT FOR VIOLATIONS OF THE
## FEDERAL GUN CONTROL ACT AND FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-84 |
| v. | * | SECTION: "J" |
| TERRAN WILLIAMS | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| a/k/a "Funky" | | 18 U.S.C. § 924(a)(2) |
| | * | 21 U.S.C. § 841(a)(1) |
| ALLEN GRAY | | 21 U.S.C. § 841(b)(1)(B) |
| a/k/a/ "Kyedi" | * | 21 U.S.C. § 841(b)(1)(C) |
| | | 21 U.S.C. § 841(b)(1)(D) |
| KERRY BROOKS | * | 18 U.S.C. § 924(c)(1)(A) |

\* \* \*

The Grand Jury charges that:

### COUNT 1
(Possession with the Intent to
Distribute a Controlled Dangerous Substance)

On or about August 26, 2020, in the Eastern District of Louisiana, the defendants, **TERRAN WILLIAMS, a/k/a "Funky"** and **ALLEN GRAY, a/k/a "Kyedi,"** did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I Controlled Dangerous Substance, and a quantity of a substance or mixture containing a detectable



amount of fentanyl, a Schedule II Controlled Dangerous Substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(C) and (b)(1)(D).

## COUNT 2
(Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about August 26, 2020, in the Eastern District of Louisiana, the defendants, **TERRAN WILLIAMS, a/k/a "Funky"** and **ALLEN GRAY, a/k/a "Kyedi,"** did knowingly possess firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: Possession with the Intent to Distribute a Controlled Dangerous Substance, as charged in Count 1 of this Superseding Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3
(Felon in Possession of a Firearm)

On or about August 26, 2020, in the Eastern District of Louisiana, the defendants, **TERRAN WILLIAMS, a/k/a "Funky,"** knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a felony conviction from February 11, 2017 in the 24th Criminal District in Jefferson Parish, Case Number 18-03315 "N," for Possession with Intent to Distribute Heroin, in violation of LA-R.S. 40:966(A); and a felony conviction from May 19, 2017, in Orleans Parish Criminal District Court, Case Number 532-876"H," for Illegal Possession of a Stolen Firearm, in violation of LA-R.S. 14:69.1(B)(1); and **ALLEN GRAY, a/k/a "Kyedi,"** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a June 27, 2018 conviction in Orleans Parish Criminal District Court, Case Number 536-968 "F," for Possession of a Stolen Firearm in violation of LA-R.S. 14:69.1(B)(1), Illegal Carrying of a Weapon (2nd conviction) in violation of LA- R.S. 14: 95(C), Possession with Intent to Distribute Marijuana in violation of LA-R.S. 40:966(A), and Possession

of Schedule IV drugs (Tramadol) in violation of LA-R.S. 40:969; did knowingly possess firearms, to wit: a Century Arms Draco 7.62 caliber rifle, Serial Number PMD 19062, a Glock 30S .45 caliber handgun bearing serial XRS251, and an Aero Precision 300 Blackout rifle bearing serial number X209486, said firearms having been shipped and transported in commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 4
(Possession with the Intent to
Distribute a Controlled Dangerous Substance)

On or about September 12, 2020, in the Eastern District of Louisiana, the defendant, **TERRAN WILLIAMS, a/k/a "Funky,"** did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I Controlled Dangerous Substance, in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(D).

### COUNT 5
(Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about September 12, 2020, in the Eastern District of Louisiana, the defendant, **TERRAN WILLIAMS, a/k/a "Funky,"** did knowingly possess firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: Possession with the Intent to Distribute a Controlled Dangerous Substance, as charged in Count 4 of this Superseding Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 6
(Felon in Possession of a Firearm)

On or about September 12, 2020, in the Eastern District of Louisiana, the defendant, **TERRAN WILLIAMS, a/k/a "Funky,"** knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a felony conviction from February 11,

2017 in the 24th Criminal District in Jefferson Parish, Case Number 18-03315 "N," for Possession with Intent to Distribute Heroin, in violation of LA-R.S. 40:966(A); and a felony conviction from May 19, 2017, in Orleans Parish Criminal District Court, Case Number 532-876"H," for Illegal Possession of a Stolen Firearm, in violation of LA-R.S. 14:69.1(B)(1); did knowingly possess firearms, to wit: a Glock Model 26 Gen 5, 9mm caliber semi-automatic pistol, bearing serial number AEAY507, and a Diamondback DB-15 5.56mm caliber semi-assault rifle, bearing serial number DB-1803845, said firearms having been shipped and transported in commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 7
(Possession with the Intent to
Distribute a Controlled Dangerous Substance)

On or about September 14, 2020, in the Eastern District of Louisiana, the defendants, **ALLEN GRAY, a/k/a "Kyedi"** and **KERRY BROOKS**, did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I Controlled Dangerous Substance, and a forty (40) grams or more of a substance or mixture containing a detectable amount of fentanyl, a Schedule II Controlled Dangerous Substance, in violation of Title 21, United States Code, §§ 841(a)(1), (b)(1)(B) and (b)(1)(D).

## COUNT 8
(Possession of Firearms in Furtherance of a Drug Trafficking Crime)

On or about September 14, 2020, in the Eastern District of Louisiana, the defendants, **ALLEN GRAY, a/k/a "Kyedi"** and **KERRY BROOKS**, did knowingly possess firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit: Possession with the Intent to Distribute a Controlled Dangerous Substance, as charged in Count 4 of this Superseding Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 9
(Felon in Possession of a Firearm)

On or about September 14, 2020, in the Eastern District of Louisiana, the defendants, **ALLEN GRAY, a/k/a "Kyedi,"** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a June 27, 2018 conviction in Orleans Parish Criminal District Court, Case Number 536-968 "F," for Possession of a Stolen Firearm in violation of LA-R.S. 14:69.1(B)(1), Illegal Carrying of a Weapon (2nd conviction) in violation of LA- R.S. 14: 95(C), Possession with Intent to Distribute Marijuana in violation of LA-R.S. 40:966(A), and Possession of Schedule IV drugs (Tramadol) in violation of LA-R.S. 40:969; and **KERRY BROOKS**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: an August 1, 2013 conviction in Orleans Parish Criminal District Court, Case Number 513158 "D/F," for Racketeering in violation of LA-R.S. 15:1353; did knowingly possess firearms, to wit: a Glock Model 27, .40 caliber semi-automatic pistol, bearing serial number HMV869, and a Glock Model 30, .45 caliber semi-automatic pistol, bearing serial number BFCW490, said firearms having been shipped and transported in commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 9 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendants, **TERRAN WILLIAMS, a/k/a "Funky"** and **ALLEN GRAY, a/k/a "Kyedi,"** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of said offense and any property

5

used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense.

3. As a result of the offenses alleged in Counts 2 and 3, the defendants, **TERRAN WILLIAMS, a/k/a "Funky"** and **ALLEN GRAY, a/k/a "Kyedi,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

4. As a result of the offense alleged in Count 4, the defendant, **TERRAN WILLIAMS, a/k/a "Funky,"** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of said offense and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense.

5. As a result of the offenses alleged in Counts 5 and 6, the defendant, **TERRAN WILLIAMS, a/k/a "Funky,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

6. As a result of the offense alleged in Count 7, the defendants, **ALLEN GRAY, a/k/a "Kyedi"** and **KERRY BROOKS**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of said offense and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense.

7. As a result of the offenses alleged in Counts 8 and 9, the defendants, **ALLEN GRAY, a/k/a "Kyedi"** and **KERRY BROOKS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

8. If any of the above-described property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

███████████████████████████

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
ELIZABETH PRIVITERA
Assistant United States Attorney
Bar Roll No. 27042

_____
DAVID HALLER
Assistant United States Attorney

_____
INGA PETROVICH
Assistant United States Attorney
Bar Roll No. 31824

New Orleans, Louisiana
April 30, 2021

FORM OBD-34

No. _20-84 "J"_

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Louisiana_

_Criminal_ Division

## THE UNITED STATES OF AMERICA

vs.

TERRAN WILLIAMS, a/k/a "Funky"
ALLEN GRAY, a/k/a/ "Kyedi"
KERRY BROOKS

## SUPERSEDING INDICTMENT

VIOLATIONS OF THE FEDERAL GUN CONTROL ACT
AND THE FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS: 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
21 U.S.C. § 841(a)(1)
21 U.S.C. §§ 841(b)(1)(B), 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(D)
18 U.S.C. § 924(c)(1)(A)

Filed in open court this _____ day of _____ A.D. 2021.

_____ Clerk

Bail, $ _____

_Elizabeth Privitera_
ELIZABETH PRIVITERA
Assistant United States Attorney